IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    CHAPTER 13
   Thomas T. Verbeeck           :    NO.  16-13526
                                      :
   (DEBTORS):

### ORDER APPROVING COUNSEL FEE

AND NOW on this __18th__ day of __January__, ~~2016~~ 2017, upon consideration of the within the Application for Approval of Counsel Fees and it appearing to the Court that a fee of $3,500.00 is reasonable in this matter, it is:

ORDERED that a Counsel Fee in the amount of $3,500.00 is APPROVED, and the balance due counsel in the mount of $2,810.00 shall be disbursed for the Debtor(s) to the Debtor's attorney by the Standing Chapter 13 Trustee in accordance with the Debtor's Chapter 13 Plan to the extent provided for in the confirmed plan.

                                          ERIC L. FRANK
                                          CHIEF U.S. BANKRUPTCY JUDGE