United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas T. Verbeeck
    Debtor

Case No. 16-13526-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jan 18, 2017
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
db    +Thomas T. Verbeeck,   21 Evergreen Street,   Gordonville, PA 17529-9699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
    DENISE ELIZABETH CARLON   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    THOMAS I. PULEO   on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    THOMAS W. FLECKENSTEIN   on behalf of Debtor Thomas T. Verbeeck tom@fleckensteinpalaw.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CHAPTER 13
    Thomas T. Verbeeck      :        NO. 16-13526
                              :
    (DEBTORS):

## ORDER APPROVING COUNSEL FEE

AND NOW on this __18th__ day of __January__, ~~2016~~ 2017, upon consideration of the within the Application for Approval of Counsel Fees and it appearing to the Court that a fee of $3,500.00 is reasonable in this matter, it is:

ORDERED that a Counsel Fee in the amount of $3,500.00 is APPROVED, and the balance due counsel in the mount of $2,810.00 shall be disbursed for the Debtor(s) to the Debtor's attorney by the Standing Chapter 13 Trustee in accordance with the Debtor's Chapter 13 Plan to the extent provided for in the confirmed plan.

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE