# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas T. Verbeeck<br>Debtor | CHAPTER 13 |
| M&T Bank<br>Movant<br>vs.<br>Thomas T. Verbeeck<br>Respondent<br>William C. Miller Esq.<br>Trustee | NO. 16-13526 ELF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 21st day of March, 2017 upon failure of the Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion of M&T Bank for Relief from the Automatic Stay is granted, and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (The Bankruptcy Code), is modified with respect to the subject premises located at 2930 Hemlock Drive, York, PA 17408 ("Property), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**