United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                 Case No. 16-13526-elf

Thomas T. Verbeeck                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                                          Page 1 of 3

Date Rcvd: Jul 30, 2021                         Form ID: 138NEW                             Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas T. Verbeeck, 21 Evergreen Street, Gordonville, PA 17529-9699 |
| 13729420 | | Bank of Amercia, PO Box 15026, Wilmington, DE 19850-5026 |
| 13805870 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13729421 | + | Bay Area Credit Service, 2860 Zanker Road, San Jose, CA 95134-2119 |
| 13729424 | | Carepaument, PO Box 2398, Omaha, NE 68103-2398 |
| 13947556 | + | Citibank, N.A., Firstmark Services, PO BOX 82522, Lincoln, NE 68501-2522 |
| 13729426 | + | Columbia Gas of PA, 1020 Hartley Street, York, PA 17404-2862 |
| 13729428 | + | Dover Township, 2480 W. Canal Road, Dover, PA 17315-3499 |
| 13729429 | + | Drs. Fried and Wright, 650 S. Richland Ave., York, PA 17403-3446 |
| 13793948 | | Geisinger Health System, 100 North Academy Avenue, Danville, PA 17822-4938 |
| 13824135 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met Ed, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701 |
| 13729432 | | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 13729433 | + | NAPA, PO Box 275, Glen Head, NY 11545-0275 |
| 13729434 | | PA Emergency Physicians, PO Box 975213, Dallas, TX 75397-5213 |
| 13729435 | + | Patient First, PO Box 758941, Baltimore, MD 21275-8941 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 30 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13737907 | | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2021 23:22:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13729419 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2021 23:22:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13739383 | | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2021 23:22:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 13780797 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 30 2021 23:32:25 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13729422 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:32:24 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 13738980 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:32:14 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| 13729423 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 30 2021 23:22:00 | Cardmember Service/US Bank, PO Box 108, Saint Louis, MO 63166-0108 |
| 13741022 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:32:16 | Citibank N.A., c/o Citibank (South Dakota), N.A., ATTN: Claims Dept. MC 2235, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 13729427 | Email/Text: documentfiling@lciinc.com | Jul 30 2021 23:22:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 13729430 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2021 23:22:00 | IRS, 600 Arch Street, Philadelphia, PA 19106 |
| 13729425 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 30 2021 23:32:14 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 13729431 | Email/Text: camanagement@mtb.com | Jul 30 2021 23:22:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 13740236 | Email/Text: camanagement@mtb.com | Jul 30 2021 23:22:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13803832 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2021 23:32:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13729436 | Email/Text: bankruptcynotices@psecu.com | Jul 30 2021 23:23:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 13755561 | + Email/Text: joey@rmscollect.com | Jul 30 2021 23:23:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 13729437 | + Email/Text: joey@rmscollect.com | Jul 30 2021 23:23:00 | Receivables Management, PO Box 8630, Richmond, VA 23226-0630 |
| 13729438 | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jul 30 2021 23:32:14 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 13802084 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 30 2021 23:22:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 13729439 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 30 2021 23:22:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Jul 30, 2021     Form ID: 138NEW     Total Noticed: 38

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor M&T Bank Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Thomas T. Verbeeck tom@fleckensteinpalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Thomas T. Verbeeck
      Debtor(s)

Bankruptcy No: 16−13526−elf
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                          For The Court
                          Timothy B. McGrath
                          Clerk of Court

Dated: 7/30/21

                                      37 − 35
                                      Form 138_new